**MEMO ENDORSED**

# Law Offices of
# *Daniel A. Hochheiser*

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

September 8, 2020

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *U.S. v. Rasheed Harrell*, 12 Cr. 739-7 (KMK)

Your Honor:

I have consulted with my client Rasheed Harrell. Given my potential conflict of interest described on the record during our telephonic conference on August 26, 2020, Harrell requests the appointment of new counsel. This request, if granted, would eliminate the need for a *Cursio* hearing to determine whether my simultaneous representation of Harrell's co-defendant, concerning a separate Violation of Supervised Release matter, pending before this Court, triggers a potential or actual conflict, and, if so, whether the conflict may be waived. Accordingly, please assign new counsel for Harrell to ensure his 6th Amendment rights are protected.

The Government does **not** object to this request.

*[Handwritten endorsement: Mr. Hochheiser is relived as counsel. The Court appoints Frank O'Reilly to represent Mr. Harrell. So Ordered. 9/14/20]*

Respectfully submitted,

*/s/ Daniel Hochheiser*

Daniel A. Hochheiser

Cc: AUSA Josiah Pertz via ECF and email
U.S.P.O. Jason Lerman via email