Application for compassionate release, pursuant to 18 U.S.C. Section 3582 is denied. Mr. Harrell has not met his burden of showing extraordinary and compelling circumstances related to the pandemic, as he does not suffer from any of the high risk medical conditions that would place him in a special category of danger. Moreover, consideration of Section 3553(a) factors cuts against release, given Mr. Harrell's disregard for the law as evidenced by his supervised release violations. The Government is to mail this to Mr. Harrell and certify that this was done in a filing by 2/26/21.

So Ordered /s/ KMK  2/19/21

Rasheed Harrell
67460-054
Docket Number: 12 CR 00739 "KMK"

To the Honorable Judge Karas I'm writing you respectfully requesting a (Rule 3582 Compassionate release) from Brooklyn's Metropolitan Detention Center. November 4th I wrote a BP8 to Warden Tellez of this facility, its now December 30th and I've yet to recieve a response or acknowledgment. I'm currently Serving 4 months (120 Days) Supervised release violation, and each Day Covid-19 cases are rising. 68 inmates on my floor along with 11 inmates in my unit have recently tested Positive with Covid-19. I have 70% of my Supervised release violation complete as of today December 30th and I've Began my sentence October 9th. I've Been on 23hr per day Lockdown since 10-9-20 and I have no Disciplinary Infractions. I'm a Father of Three Girls who I have custody of ages 9, 3 and 2 and I'm afraid further incarceration under these circumstances are keeping me high risk of Catching Covid-19. Thank you Honorable Judge Karas for reading my request.

Rasheed Harrell
67460-054
Metropolitan Detention Center
Brooklyn, New York 11232
P.O. Box 329002

"Southern District"
United States District Court House
300 Quarropas Street
White Plains, New York 10601

RECEIVED

NEW YORK NY 100
31 DEC 2020 PM 6 L

USMS
SDNY
WP